IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br>77 Massachusetts Avenue<br>Cambridge, MA 02139<br><br>        Plaintiff,<br><br>v.<br><br>HON. DAVID KAPPOS<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office<br>Office of the General Counsel<br>United States Patent and Trademark Office<br>600 Dulaney Street<br>Arlington, VA 22314<br><br>        Defendant. | Civil Action No. 1:09-cv-02355-RBW |

### AFFIDAVIT OF SERVICE

I, Michael Rizzo, hereby declare that on the 11th day of December, 2009, I mailed a copy of the summons and complaint, certified mail return receipt requested, to The United States Attorney General. Attached on the following page is the certified green card acknowledging service.

Dated: December 23, 2009

_/s/ Michael Rizzo_
Michael Rizzo
**EDWARDS ANGELL PALMER & DODGE LLP**
1875 Eye Street, NW
Washington, DC 20006-5421
(202) 478-7370
(202) 478-7380 (fax)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

BOS2_772209.1

**AFFIDAVIT OF SERVICE**

Page 2